JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK LEON BRINKLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. CV 22-8358-JPR<br><br>J U D G M E N T |

  For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: March 15, 2024

                /s/ Jean Rosenbluth
                JEAN P. ROSENBLUTH
                U.S. MAGISTRATE JUDGE